RECEIVED

FILED

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

OCT 1 0 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KH
                    DEPUTY

OCT 1 0 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD
                    DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## Austin DIVISION

James D. Davis # 1721179
**Plaintiff's Name and ID Number**

Iccc 3614 Bill Price Rd.
**Place of Confinement**

Delvalle, Tx. 78617

CASE NO. **A17CV 967 RP**
(Clerk will assign the number)

v.

Officer E. Hernandez # 5200
**Defendant's Name and Address**

Officer Avila # 5631
**Defendant's Name and Address**

Medical Supervisor Katheryn Gieger
**Defendant's Name and Address**
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.  You must also include a current six-month history of your inmate trust account.  If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915.  Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.  If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account.  Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.  Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.  Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? \_\_\_YES\_\_\_NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1.  Approximate date of filing lawsuit: _____

       2.  Parties to previous lawsuit:

          Plaintiff(s) _____

          Defendant(s) Sartex Hernardez, Lfaun Luxter

       3.  Court: (If federal, name the district; if state, name the county.) District Wsctn

       4.  Cause number: 1:17-cv-814-744-828,780

       5.  Name of judge to whom case was assigned: Sam Sores, Robert Pitman

       6.  Disposition: (Was the case dismissed, appealed, still pending?) Still pending

       7.  Approximate date of disposition: _____

II.     PLACE OF PRESENT CONFINEMENT: _Travis County Correctional Complex_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.     PARTIES TO THIS SUIT:

A.   Name and address of plaintiff: _James D. Davis #1721129_
_Tccc 3614 Bill Price Rd. Delvalle, TX, 78617_
_HSB-09 B-Cell_

B.   Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Grievance Sgt. L. Town #1732 Tccc_
_3614 Bill Price Rd. Delvalle, Tx, 78617_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Violating policies, rules, procedures, civil Rights etc._

Defendant #2: _Deputy Sheriff Sally Hernandez_
_Tccc Sheriff office, Delvalle, Tx, 78617_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Violating policies, procedures, Rules, civil Rights, etc._

Defendant #3: _Travis County Correctional Complex_
_Tccc Delvalle, Tx, TX, 78617_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Violating policies, procedures, rules, civil Rights etc._

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_Every statement I've made was both_
_____
_____ with regards to being_
_understandable when reading! Only the_
_Courts can find the truth in all of this_
_mess._
_____ thanks for your time and_
_taking they all of this. Your Honor_
_and all involve in the process! Thanks_

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Punitive damages, pain and suffering, dental_
_negligence, total corruption in the system!_

VII.    GENERAL BACKGROUND INFORMATION:

A.    State, in complete form, all names you have ever used or been known by including any and all aliases.

_James Dubois_

B.    List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_1555 — 1250600_

VIII.    SANCTIONS:

A.    Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _✓_NO

B.    If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.    Court that imposed sanctions (if federal, give the district and division):_____

2.    Case number:_____

3.    Approximate date sanctions were imposed:_____

4.    Have the sanctions been lifted or otherwise satisfied?              ____YES ____NO

Dear Honorable Judge,

① Page

. Statements!

On 9-13-17 a Pill Nurse or a non registered RN or secretary in the Medical Dept. went into my Medical Records and falsified my documents by claiming or stating that I was on a Medical hold, pending use of a knee or leg devise of some kind that I was using on my leg or legs! He or she was not clear on what type of devise it was but prior to this I had waited for week in order to be cleared, so that I could back during the months of July and Aug, and was finally cleared toward the end of Aug. between the 27-31 of Aug. but not exactly sure but it's on my medical documents, when it was done and I was allowed to work, until on day on 9-13-17 early in the morning before breakfast when I had asked officer Avila #5631 and E. Hernandez #5200 if I →

Statements!

could work as a server that morning and Avila said "No," "You on bottom row, bottom bunk," and I said "Yes I know but I've been cleared to work" and I also stated that just because I on but row bottom bunk don't mean that I can't work but I still got cleared by a provider, so that I can go to work serving trays or what ever an officer needs me to do, but Avila and E. Hernandez still denied me the right to work, if needed and even though they can deny me the opertunity to work for some reason during that shift when I had sent a request to medical asking why is there a hold on me because officer Avila told me this, I was. told by a nurse days later thru my complaint that I was never cleared, when in fact the provider herself examined me before taking me off any Medical Holds! She told me this herself that I was cleared and I was able to go to work after this appointment with →

Statements!

the provider who's name I did or wasin't
able to get at this time because I never
thought that I would need her name in any
type of claim or situation as this, so I
don't have her name but its in my Medical
records, who saw me and cleared me for
work because she told me that it was up to
classifications to have me moved to a trustee
Pod but I only needed it done to work on
the Pod that I was already housed at
during that time! I've filed other Grievances
to the Grievance Sgt, L Town #1732 but no
responds, to Medical Supervisor kathryn
gieger but no responds also but as I
stated in other claims, depending on the
complaint, they will not respond to my
complaints unless I send one to a higher ranks,
they might Intercept it and respond, so that
It go's no further than that or them, but I
still send other complaints based on they're →

Statement... page ④

responds to the next ranking officer if I think it's necessary but in most cases, my complaints are never responded to or just Ignored and or thrown into the trash can by those of lower rank or CO's! At times CO's will read the complaints, rather it on them or other officers on different shifts. If it's not put in an Envelope, they will read them an or throw them in the trash so that there's no record of the complaints being filed and no responds from ranking officers concerning the complaints at hand! At times some officers will let me know by making sarcastic statements and say that's it did me no good because they're going to do what they want and there's nothing I can do about it Attitude!!! And from what I've seen, they're right unless I use my right to file a Civil suit claim against them for Civil Rights Violations and at times, some ⟶

Statement:

tell's me that they've been there and nothing was done or what I got out of the conversation is the cases were thrown out and nothing changed! So much for the hearsay! I'm going to stick to the point here! My rights are being violated by the Medical staff due to someone without Authorization, going into my files or Medical records and putting me back on Medical hold for no reason and without orders from a Medical Provider on 9-13-17 between 2:00-5:30 that morning, placing me back on medical hold, in order to keep me from working and maybe being given extra food to eat and I know this sounds so petty and immature but it's only my opinion as to why it was done because there's no other reasons why someone would do this in order to keep me from Serving trays or working Period! I love to work and always →

willing to give a hand! Now once the notifications is sent to Classifications, they are to make the necessary change on paper or on the rosters for each shift but for some reason they are not making those changes concerning me and the fact that I've been cleared to work and the only thing my counselor Mark or the officers can tell me is that it hasen't been updated or changed in the computer yet! Which doesn't make any sense if it was changed two days ago, it should be updated by now, Unless Classifications is Interfering with those changes in order to keep me from working to get MLC's in order to collect more time served during my court hearing concerning my charges! I was told that my charges was going to be dropped if I go to a Mental Hospital for a little while but I've heard noting on that subject yet eather, so I don't know for sure what I'm foesd with concerning my criminal case yet! -->   --> -> -> -> -->

Statement                                    Page ⑨

① Due to the fact that they are violating they're own policies, rules and procedures by giving out extra trays to the servers or trustees who serve those trays or perform other duties, is possibly why they don't want me to work and are doing anything possible to keep me from doing so by manipulating the System using different Dept. to do so, including Classifications! Just to keep me from working because I've filed complaints concerning extra trays being handed out by staff to inmates that do work for this Institution including MLC's, which is extra time off of they're sentence or a 3 for 1 day credit for working, when the according to they're own policy is suppose to give out MLC's only because by giving certain inmates extra trays, without giving us all extra food is discriminating and unfair to those that only get one serving?

Page 8

So I'm being discriminated against for filing these claims against this Institution and it's staff members by not allowing me to work in order to gain MLC's if needed to get time saved if not a dismissle of my case! I feel as if this system has found another way of retaliating against me besides using the disciplinary system because, I'll have to give them a reason for disciplinary sanctions to be applied against me and I'm not doing that at this time because I'm onto what they are doing in here due to the fact they know about these civil Law Suits that I've filed Now! Word has gotten back to them from some unknown Source or Informant! This is just my argument statements only.

Thank's for your patients and your time, All Involved in the process of my Complaints! God Bless You All!

# EXHIBIT A

**Inmate**    ☐ **Request**    ☐ **Complaint**    ☑ **Grievance**

Date: 7-6-17    Reviewed by (Employee Initials & #): _____

To: *Medical Supervisor*    **RETURN TO INMATE**

From: *James D. Davis*    D.O.B. 11-04-64

Building/Unit/Cell: *HSE-04B*    Booking #: 172179

All my Meds were taken from
me and given to the Medical
nurse, but I didnt get back
my Refill of my pain pills,
Issued to me on the 6-25-17
nor did I get back a small
refill of foot Cream that I
paid for on 6-25-17 and a large
Container of foot Cream Issued to
me by the foot Doctor for my
feet, which Also has a refill on

---

**Staff Action/Response**

it! Where are those Meds?

Appoint mont Pending

_____

5280    7-10

**Responding Employee Name & Number**    **Date**

White copy: Return to Inmate          Yellow copy: Inmate Incarceration File

NEED to SEE a nurse

NO Allergies, Not Allergic

**Inmate**    ☒ **Request**    ☒ **Complaint**    ☐ **Grievance**

Date: 7-6-17    Reviewed by (Employee Initials & #): _____

To: Medical Supervisor    **RETURN TO INMATE**

From: James D. Davis    D.O.B. 11-04-64

Building/Unit/Cell: HSE-02B    Booking #: 172159

I was just given thoss foot Creams for my feet by the doctor and I had a refill on those foot Creams. My feet are not even healed yet, that's why I was given that foot Cream. So it shouldn't have been discontinued at all. I need that foot Cream and pain pills or see the doctor again to get them back.

---

**Staff Action/Response**

Appo'ntment Pending

---

5280    7-10

**Responding Employee Name & Number**    **Date**

White copy: Return to Inmate    Yellow copy: Inmate Incarceration File

Inmate    ☑ Request    ☑ Complaint    ☐ Grievance

Date: 2-28-17          Reviewed by (Employee Initials & #): _____

To: Medical Supervisor          **RETURN TO INMATE**

From: James D. Davis          D.O.B. 11-04-64

Building/Unit/Cell: HSF-09B3          Booking #: 1721179

Can you take whatever
Medical Hold you have on Me
So that I can do some
kind of work for MIC's in
order to get more time
Credit before I go to court please!

**Staff Action/Response**

_(handwritten scribble)_

Responding Employee Name & Number          Date

White copy: Return to Inmate          Yellow copy: Inmate Incarceration File

**Inmate**    ☐ **Request**    ☐ **Complaint**    ☑ **Grievance**

Date: 7-31-17  Reviewed by (Employee Initials & #): PF 5389

To: Medical Supervisor    **RETURN TO INMATE**

From: ~~Address~~ W Davis    D.O.B. 11-04-64

Building/Unit/Cell: #5E-09B    Booking #: 122117g

I've asked on several
occasions about taking
whatever holds you have
on me medically so that
I can work off my time
while in here and yet nothings

---

**Staff Action/Response**

been done to do that
why?

          Appointment pending

---

_____    7-31-17
**Responding Employee Name & Number**         **Date**

White copy: Return to Inmate          Yellow copy: Inmate Incarceration File

Inmate ☐ **Request** ☐ **Complaint** ☑ **Grievance**

Date: 8-9-17     Reviewed by (Employee Initials & #): P4-5389

To: Medical Supervisor     **RETURN TO INMATE**

From: James J Davis     D.O.B. 11-04-64

Building/Unit/Cell: HSE-09B     Booking #: 172117G

I've been trying to get
this Medical Hold off me
in order to work my time
off! Why do I have a Hold
on me anyway? I Can work!
Take this Hold off me now!

**Staff Action/Response**

This is my 6 ON 7 Complaint
about this issue!! Do I have
to file a civil suit?

You have to see a provider
to be cleared

Responding Employee Name & Number: S280     Date: 8/10/17

White copy: Return to Inmate          Yellow copy: Inmate Incarceration File

## TCSO (MEDLINE) SICK CALL REQUEST

INMATE NAME: James D. Davis    DATE: 7-9-17

HOUSING UNIT: HSE 09B    BOOKING NUMBER: 1721179

DOB: 11-04-64

ANY ALLERGIES? IF YES, WHAT ARE YOU ALLERGIC TO ? NONE

**WHAT IS YOUR "MEDICAL" PROBLEM? (Be Specific)**

I'm trying to work for MLC's in order to be released sooner when I go to court so please drop whatever detainers or Medical holds you got on me because I can do work, Im not handicapped

I UNDERSTAND I WILL BE CHARGED AND MONEY WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT TO PAY FOR MEDICAL SERVICES AND MEDICATION I RECEIVE WHILE IN JAIL. I ALSO UNDERSTAND I WILL NOT BE DENIED NECESSARY MEDICAL CARE AND/OR MEDICATIONS IF I CAN NOT PAY. **SEE CHARGE LIST POSTED IN YOUR HOUSING AREA**

I DO ( )    DO NOT (✓) REQUEST TO SEE THE NURSE.

I WANT A MEDICATION REFILL (LIST NAME OF MEDICATION , PHARMACY NUMBER AND REFILLS REMAINING AS WRITTEN ON YOUR MEDICATION LABEL )

#1_____ Refills remaining___ #2_____ Refills remaining___

#3_____ Refills remaining___ #4_____ Refills remaining___

#5_____ Refills remaining___ #6_____ Refills remaining___

I ONLY WANT AN "OVER THE COUNTER MEDICINE " FOR _____

INMATE'S SIGNATURE    DATE: 7-9-17    TIME: 12:00 Noon

**INMATE: DO NOT WRITE BELOW THIS LINE**

ASSESSMENT: (VITAL SIGNS ARE MANDATORY IF INMATE IS ASSESSED BY HEALTH CARE PROVIDER) _____

STAFF SIGNATURE AND EMPLOYEE NUMBER    DATE    TIME

WHITE  MEDICAL RECORD    YELLOW: FILE    PINK:INMATE    REVISED 11-15-99

## TCSO (MEDLINE) SICK CALL REQUEST

INMATE NAME: James W. Davis    DATE: 8-9-17

HOUSING UNIT: HSE09B

DOB 11-04-64    BOOKING NUMBER: 1721179

ANY ALLERGIES? IF YES, WHAT ARE YOU ALLERGIC TO ? : NONE!

### WHAT IS YOUR "MEDICAL" PROBLEM? (Be Specific)

These officers are trying to put me to work but you all have some Hold on me that needs to be remove, so that I can work off my time before I go to Court and be release

I UNDERSTAND I WILL BE CHARGED AND MONEY WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT TO PAY FOR MEDICAL SERVICES AND MEDICATION I RECEIVE WHILE IN JAIL . I ALSO UNDERSTAND I WILL NOT BE DENIED NECESSARY MEDICAL CARE AND/OR MEDICATIONS IF I CAN NOT PAY.  **SEE  CHARGE LIST POSTED IN YOUR HOUSING AREA**

I   DO ( )     DO NOT ( ✓ ) REQUEST  TO SEE THE NURSE.

I WANT A  MEDICATION REFILL (LIST NAME OF MEDICATION , PHARMACY NUMBER AND REFILLS REMAINING AS  WRITTEN ON YOUR MEDICATION LABEL )

#1_____ Refills remaining____  #2_____ Refills remaining____

#3_____ Refills remaining____  #4_____ Refills remaining____

#5_____ Refills remaining____  #6_____ Refills remaining____

I ONLY WANT AN "OVER THE COUNTER MEDICINE "  FOR  _____

| INMATE'S SIGNATURE | DATE | TIME |
|---|---|---|
|  | 8-9-17 | 10:30 AM |

### INMATE: DO NOT WRITE BELOW THIS LINE

ASSESSMENT: (VITAL SIGNS ARE MANDATORY IF INMATE IS ASSESSED BY HEALTH CARE PROVIDER) _____

Med not pending

STAFF SIGNATURE  AND EMPLOYEE  NUMBER                    DATE           TIME

WHITE  MEDICAL RECORD          YELLOW: FILE          PINK:INMATE          REVISED 11-15-99

## TCSO (MEDLINE) SICK CALL REQUEST

INMATE NAME: James W. Davis                    DATE: 8-24-17

HOUSING UNIT: HSE-04-B                          BOOKING NUMBER:

DOB: 11-04-64

ANY ALLERGIES? IF YES, WHAT ARE YOU ALLERGIC TO ?:

### WHAT IS YOUR "MEDICAL" PROBLEM? (Be Specific)

These pills I'm taking for gas isn't working
The Doctor had prescribe a liquid for my gas
problems due to this cold food that is served to,
us every day not pills that don't work at all!

I UNDERSTAND I WILL BE CHARGED AND MONEY WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT TO PAY FOR MEDICAL SERVICES AND MEDICATION I RECEIVE WHILE IN JAIL . I ALSO UNDERSTAND I WILL NOT BE DENIED NECESSARY MEDICAL CARE AND/OR MEDICATIONS IF I CAN NOT PAY  **SEE CHARGE LIST POSTED IN YOUR HOUSING AREA**

I  DO (✓)  DO NOT ( )  REQUEST  TO SEE THE NURSE.

I WANT A MEDICATION REFILL (LIST NAME OF MEDICATION , PHARMACY NUMBER AND REFILLS REMAINING AS WRITTEN ON YOUR MEDICATION LABEL )

#1 Foot Cream ____ Refills remaining   #2 Eye drops/allergy ____ Refills remaining

#3 Bengay Ointment Refills remaining   #4 Sinspirit/cold ____ Refills remaining

#5 Gas pills ____ Refills remaining    #6 ____ Refills remaining

I ONLY WANT AN "OVER THE COUNTER MEDICINE "  FOR ____

INMATE'S SIGNATURE                              DATE 8-24-17   TIME 9:30 AM

### INMATE:  DO NOT WRITE BELOW THIS LINE

ASSESSMENT: (VITAL SIGNS ARE MANDATORY IF INMATE IS ASSESSED BY HEALTH CARE PROVIDER) ____

APP pending next week

STAFF SIGNATURE AND EMPLOYEE NUMBER    SA8    DATE 8/25/17   TIME

WHITE  MEDICAL RECORD        YELLOW: FILE        PINK:INMATE        REVISED 11-15-99

I have a Copy! 3rd Shift "Sgt. only"

I have a Copy!

**Inmate**    ☐ Request    ☐ Complaint    ☑ Grievance

Date: 9-15-17    Reviewed by (Employee Initials & #): _____

To: Sgt. on duty 3 shift    **RETURN TO INMATE**

From: James D. Davis    D.O.B. 11-04-64

Building/Unit/Cell: HSE-09B    Booking # 1721179

On the 13th during Breakfast I asked E. Hernandez if I could work trustee but I was denied by Hernandez and do to the fact that I was cleared to work, for no reason, He wrote a note, telling all other shifts not to let me work, so that I can't work, regardless of the fact that I was finally cleared by Medical to work? Which violates, the

**Staff Action/Response**

policies, procedures, rules, federal any state, policies/procedures and rules, including my civil rights by discriminating, writing a Illegal statement against me for his benefit, Abuse of Authority and others. And retaliation! Also officer Avila #581

Responding Employee Name & Number    Date

White copy: Return to inmate    Yellow copy: Inmate Incarceration File

MY COPY!

No responds Also officer Avila #581

SAT.          Medical Supr.
Morning.     Kathryn Gieger
                    on

**Inmate**  ☐ **Request**  ☐ **Complaint**  ☐ **Grievance**

Date: 9-16-17          Reviewed by (Employee Initials & #): _____

To: Medical Supervisor          **RETURN TO INMATE**

From: James D. Davis          D.O.B. 11-04-64

Building/Unit/Cell: HSE-09B          Booking #: 172179

I was cleared by the doctor
to work several weeks ago
and on the 9-13-17 a nurse put
another hold on me, without
a doctors recommendation and
without telling me why, so

**Staff Action/Response**

that I can't work for ALC's!
that's why I was cleared
by the doctor so that I can
work, I also need that in wri-ss
here for legal purposes!
                    Thanks

Responding Employee Name & Number _____     Date _____

White copy: Return to Inmate          Yellow copy: Inmate Incarceration File

No responds! My Copy!

" Medical Supervisor
kathryn greber only "

**Inmate** ☐ **Request** ☐ **Complaint** ☑ **Grievance**

Date: 9-14-17    Reviewed by (Employee Initials & #): _____

To: Medical / Kathryn, greber    **RETURN TO INMATE**

From: James D. Davis    D.O.B. 11-04-64

Building/Unit/Cell: HSE-093    Booking #: 1721179

One of your Nurses, went
into my Medical Records,
without any Reasonal Stin
that I recently had gotten a
Knee brace for my Right Knee
Several weeks ago and without
a Doctor's Authority put me back
on a Medical Kind for officers
Avila and E. Hernandez on the
13th, 9-13-17 of this month, because
I had asked if I could work

---

**Staff Action/Response**

Serving trays that day, so in
order to keep me from serving
tray, had this done by the nurse
on duty that morning, violating
the procedures, policies and rules!
and my Civil Rights by doing so!
Now I'll Have to see the Doctor
again to be cleared for Trustee again!

---

**Responding Employee Name & Number** _____    **Date** _____

White copy: Return to Inmate    Yellow copy: Inmate Incarceration File

No responds, My Copy!

3rd Shift or B Shift
Between 11:00-6:00 AM

**Inmate**    ☐ **Request**    ☐ **Complaint**    ☑ **Grievance**

Date: 9-16-17    Reviewed by (Employee Initials & #): _____

To: Grievance Sgt L Town # P52    **RETURN TO INMATE**

From: James D. Davis    D.O.B. 11-04-64

Building/Unit/Cell: HSE-093    Booking #: 1721179

Officer Avila and E.
Hernandez told me of the
Nurse on the 13th 9-13-17 that
I had a knee brace and who
ever they talked to, told them
that they could not told on me
for having one so that I couldn't
work, which is against policy
rules regulations and procedures
including Federal and State law
and my Civil Rights!

| Staff Action/Response |
| --- |

I'm filing a 1983 Civil Suit
Claim on both officers and the
supervisor over Medical for allowing
the employee to operate
unprofessionally that way by
breaking the law! How would a
nurse know that I have a knee brace
on that day without someone telling

Responding Employee Name & Number _____    Date _____

White copy: Return to Inmate    Yellow copy: Inmate Incarceration File

NO responds!    My Copy!

Medical!

*this was done on 9-13-17*
— *"Katheryn gieger"! Why?*

**Inmate** ☐ **Request** ☐ **Complaint** ☐ **Grievance**

Date: 9-23-17    Reviewed by (Employee Initials & #): _____

To: Medical Supervisor    **RETURN TO INMATE**

From: James D Davis    D.O.B. 11-04-64

Building/Unit/Cell: HSE-09B    Booking # 172117Y

*(left margin, vertical: — NO Respond — MY COPY)*

Several weeks after I was
cleared to work by a white
Lady Deputey, who I saw
this month toward the end of
last month to be cleared to work
which I did startal working
ecause I was cleared to work
thats the only reason I saw
her which I was examined befor
released to work, then on the 13th
without no reason a nurse went into

**Staff Action/Response**

my files and wrote no work
due to something about a devise
that I'm suppose to be using on
my leg! Why is this done for
no reason based on something an
officer told this nurse he seen
in my cell which is a kite? Bogus!
NEED to SEE the [folder/toilder] to

**Responding Employee Name & Number** _____    **Date** _____

White copy: Return to Inmate    Yellow copy: Inmate Incarceration File

be cleared from this permannity
who Authorized this Hold on Me?
I want a name for legal reasons!

*look AP*

## TCSO (MEDLINE) SICK CALL REQUEST ✓

INMATE NAME: James D. Davis          DATE: 9-13-17

HOUSING UNIT _____ HSI-09B          BOOKING NUMBER: 172117a

DOB 11-04-64

ANY ALLERGIES? IF YES, WHAT ARE YOU ALLERGIC TO ? : No

## WHAT IS YOUR "MEDICAL" PROBLEM? (Be Specific)

I Saw a female Doctor over a week ago to get Cleared to work and she told me that I'm Cleared to work, so why are the officer (Avila) telling me that I'm not?

I UNDERSTAND I WILL BE CHARGED AND MONEY WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT TO PAY FOR MEDICAL SERVICES AND MEDICATION I RECEIVE WHILE IN JAIL . I ALSO UNDERSTAND I WILL NOT BE DENIED NECESSARY MEDICAL CARE AND/OR MEDICATIONS IF I CAN NOT PAY.  **SEE CHARGE LIST POSTED IN YOUR HOUSING AREA**

I   DO ( )      DO NOT (✓) REQUEST  TO SEE THE NURSE.

I WANT A  MEDICATION REFILL  (LIST NAME OF MEDICATION , PHARMACY NUMBER AND REFILLS REMAINING AS  WRITTEN ON YOUR MEDICATION LABEL )

#1_____ Refills remaining    #2_____ Refills remaining

#3_____ Refills remaining    #4_____ Refills remaining

#5_____ Refills remaining    #6_____ Refills remaining

I ONLY WANT AN "OVER THE COUNTER MEDICINE " FOR _____

| INMATE'S SIGNATURE | DATE | TIME |
|---|---|---|
| | 9-13-17 | 3:45AM |

### INMATE:  DO NOT WRITE BELOW THIS LINE

ASSESSMENT:  (VITAL SIGNS ARE MANDATORY IF INMATE IS ASSESSED BY HEALTH CARE PROVIDER) _____

you have not been cleared.

you have an appointment coming up.

This is false   I was Cleared before the 9-13-17!

STAFF SIGNATURE  AND EMPLOYEE NUMBER          DATE 9-14-17    TIME

## TCSO (MEDLINE) SICK CALL REQUEST

| | |
|---|---|
| INMATE NAME:: _Jungli Davis_ | DATE: _1-16-17_ |
| HOUSING UNIT: _MSB-73_ | BOOKING NUMBER: _123174_ |
| DOB: _11-14-64_ | |

ANY ALLERGIES? IF YES, WHAT ARE YOU ALLERGIC TO ? : _None_

### WHAT IS YOUR "MEDICAL" PROBLEM? (Be Specific)

_I need to see the Doctor to turn in this
knee brace and dental is cleared for me
back to work. I can work in spite of this
knee issue. I'm going is it back so I can work_

I UNDERSTAND I WILL BE CHARGED AND MONEY WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT TO PAY FOR MEDICAL SERVICES AND MEDICATION I RECEIVE WHILE IN JAIL . I ALSO UNDERSTAND I WILL NOT BE DENIED NECESSARY MEDICAL CARE AND/OR MEDICATIONS IF I CAN NOT PAY. **SEE CHARGE LIST POSTED IN YOUR HOUSING AREA**

I   DO (✓)   DO NOT ( )   REQUEST  TO SEE THE NURSE.

I WANT A MEDICATION REFILL (LIST NAME OF MEDICATION , PHARMACY NUMBER AND REFILLS REMAINING AS WRITTEN ON YOUR MEDICATION LABEL )

#1_____ Refills remaining___    #2_____ Refills remaining___

#3_____ Refills remaining___    #4_____ Refills remaining___

#5_____ Refills remaining___    #6_____ Refills remaining___

I ONLY WANT AN "OVER THE COUNTER MEDICINE " FOR _____

| INMATE'S SIGNATURE | DATE | TIME |
|---|---|---|
| | _1-16-17_ | _1:00 AM_ |

### INMATE:  DO NOT WRITE BELOW THIS LINE

ASSESSMENT? (VITAL SIGNS ARE MANDATORY IF INMATE IS ASSESSED BY HEALTH CARE PROVIDER) _____

_This is false    Two Orders done THR 1-15-17!_

STAFF SIGNATURE  AND EMPLOYEE NUMBER_____   DATE    TIME

# TCSO (MEDLINE) SICK CALL REQUEST

| INMATE NAME:: *James J. Davis* | | DATE: *7-27-17* |
|---|---|---|
| HOUSING UNIT: *H5E-C13* | BOOKING NUMBER: *1221174* | |
| DOB: *11-04-84* | | |
| ANY ALLERGIES? IF YES, WHAT ARE YOU ALLERGIC TO ? : *NONE* | | |

## WHAT IS YOUR "MEDICAL" PROBLEM? (*Be Specific*)

*I was seen on 7-26-17 by provider to follow up to work so why am I fill ill. I'm cleared and I will be cleared with Class*

I UNDERSTAND  I WILL BE CHARGED AND MONEY WILL BE  DEDUCTED FROM MY COMMISSARY ACCOUNT TO PAY FOR MEDICAL SERVICES AND MEDICATION I RECEIVE WHILE IN JAIL . I ALSO UNDERSTAND I WILL NOT BE  DENIED NECESSARY MEDICAL CARE AND/OR MEDICATIONS IF I CAN NOT PAY.  **SEE  CHARGE LIST POSTED IN YOUR HOUSING AREA**

I  DO ( )     DO NOT  ( )   REQUEST  TO SEE THE NURSE.

I WANT A  MEDICATION REFILL (LIST NAME OF MEDICATION , PHARMACY NUMBER AND REFILLS REMAINING AS  WRITTEN ON YOUR MEDICATION LABEL )

#1_____ Refills remaining___    #2_____ Refills remaining___

#3_____ Refills remaining___    #4_____ Refills remaining___

#5_____ Refills remaining___    #6_____ Refills remaining___

I ONLY WANT AN "OVER THE COUNTER MEDICINE "  FOR  _____

| INMATE'S SIGNATURE | DATE *7-27-17* | TIME *4:00 AM* |
|---|---|---|

## INMATE:  DO NOT WRITE BELOW THIS LINE

ASSESSMENT: (VITAL SIGNS ARE MANDATORY IF INMATE IS ASSESSED BY HEALTH CARE PROVIDER)_____

_____

_____

_____

_____

_____

_____

_____

_____

| STAFF SIGNATURE  AND EMPLOYEE  NUMBER | DATE | TIME |
|---|---|---|

WHITE: MEDICAL RECORD          YELLOW: FILE          PINK:INMATE          REVISED 11-15-99

C. Has any court ever warned or notified you that sanctions could be imposed?      _____ YES  ☑ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: _____
          **DATE**
                                           _____

                                           (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of ____Sept.____, 20_17_ .
             (Day)             (month)         (year)

James D. Davis #1721179

                     (Signature of Plaintiff)
                                 DoB. 11-04-64

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**