# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JAMES D. DAVIS (Travis Co. #1721179)** | § § | |
| V. | § § | A-17-CA-780-RP |
| **SALLY HERNANDEZ, et al.** | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **JAMES D. DAVIS (Travis Co. #1721179)** | § § | |
| V. | § § | A-17-CA-814-RP |
| **OFFICER FNU WILLIAMS #5667** | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **JAMES D. DAVIS (Travis Co. #1721179)** | § § | |
| V. | § § | A-17-CA-828-RP |
| **SALLY HERNANDEZ, et al.** | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **JAMES D. DAVIS (Travis Co. #1721179)** | § § | |
| V. | § § | A-17-CA-929-RP |
| **OFFICER BOTELLO, et al.** | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **JAMES D. DAVIS (Travis Co. #1721179)** | § § | |
| V. | § § | A-17-CA-930-RP |
| **OFFICER McGARRAHAN, et al.** | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **JAMES D. DAVIS (Travis Co. #1721179)** | § § | |
| **V.** | § § | A-17-CA-967-RP |
| **OFFICER E. HERNANDEZ, et al.** | § | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **JAMES D. DAVIS (Travis Co. #1721179)** | § § | |
| **V.** | § § | A-17-CA-978-RP |
| **OFFICER E. HERNANDEZ, et al.** | § | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## FINAL JUDGMENT

Before the Court are the above-entitled causes. Upon review of the entire case files and this Court's Order which dismissed Plaintiff's complaints, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff's complaints are hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted or as malicious pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that the above entitled causes of action are hereby **CLOSED**.

**SIGNED** on December 21, 2017.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE